NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TICHINA JONES and ROBERT          )
JONES,                            )
                                  )
            Petitioners,          )
                                  )
v.                                )    Case No.  2D18-4365
                                  )
LAMAR COMPANY, LLC,               )
                                  )
            Respondent.           )
_____)

Opinion filed October 2, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Hillsborough County;
Gaston J. Fernandez, Judge.

Tichina Jones and Robert Jones, pro se.

Julie Landrigan Ball of Hardin & Ball,
P.A., Lakeland, for Respondent.


PER CURIAM.

            Denied.


SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.